

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**THE UNITED STATES OF AMERICA,**

                              Plaintiff,

    **vs**

**D-1   DERRICK BANKS,**
     a/k/a Mike Anderson, and

**D-2   SAMUEL BANKS,**

                              Defendants.

Case:2:16-cr-20376
Judge: Battani, Marianne O.
MJ: Whalen, R. Steven
Filed: 05-19-2016 At 02:50 PM
SEALED MATTER (dat)

---

# I N D I C T M E N T

---

### *THE GRAND JURY CHARGES:*

### <u>GENERAL ALLEGATIONS</u>

At all times relevant to this Indictment:

Defendants DERRICK BANKS and SAMUEL BANKS were brothers.

Defendants DERRICK BANKS and SAMUEL BANKS operated BSB Auto Rentals, LLC (BSB), and Mike's Enterprises, LLC (ME), each located in the metro Detroit area.

Defendants DERRICK BANKS and SAMUEL BANKS recruited individuals to purchase and finance the purchase of vehicles on behalf of BSB Auto Rentals and Mike's Enterprises.

The purchasers gave their personal identifying information (PII) and credit information to conspirators to apply for loans to purchase motor vehicles. These individuals were falsely promised by defendants DERRICK BANKS and SAMUEL BANKS that they would not have to pay the loans back, a fact hidden from the lenders.

The defendants, through BSB Auto rentals and Mike's Enterprises, with intent to deceive, sold, leased, rented, and otherwise transferred the possession of vehicles to third parties.

## COUNT ONE
### 18 U.S.C. §1349 –
### *Conspiracy To Commit Mail, Wire, and Bank Fraud*

**D-1   DERRICK BANKS**
**D-2   SAMUEL BANKS**

The General Allegations are included in this Count.

During the approximate time-period beginning in May 2010 and continuing through October 2013, in the Eastern District of Michigan,

Southern Division, and elsewhere, defendants DERRICK BANKS and

SAMUEL BANKS, together with persons known and unknown to the

grand jury, did knowingly and willfully combine, conspire and agree

together to obtain money and property by material false and fraudulent

pretenses from lending institutions, financial institutions and

individuals. In the process they conspired to violate numerous federal

laws, including:

- Title 18, United States Code, Section 1341, Mail Fraud, by

knowingly executing and attempting to execute a scheme and

artifice to defraud and to obtain money and property by means of

material false and fraudulent pretenses, representations and

promises, and in doing so cause items to be delivered by mail and

by interstate commercial carrier, and

- Title 18, United States Code, Section 1343, Wire Fraud, by

knowingly executing and attempting to execute a scheme and

artifice to defraud and to obtain money and funds by means of

material false and fraudulent pretenses, representations and

promises, and in doing so transmitted and caused the transmission

of a wire communication in interstate commerce, and

-        Title 18, United States Code, Section 1344, Financial

Institution Fraud, by knowingly executing and attempting to

execute a scheme to defraud a financial institution and to obtain

money and property that was under the custody and control of a

financial institution, by means of material false and fraudulent

pretenses and representations.

## OBJECTS OF THE CONSPIRACY

The objects of the conspiracy were for the defendants DERRICK

BANKS and SAMUEL BANKS to trick individuals into purchasing

motor vehicles on behalf of BSB Auto Rentals and Mike's Enterprises, by

falsely promising the buyers that the purchases were investments and

the buyers would not have to pay the loans back, and by using the

buyer's apparent credit worthiness and personal information to obtain

loans from financial institutions and other lenders who were

fraudulently led to believe the buyers intended to pay the loans back.

## MANNER AND MEANS OF THE CONSPIRACY

It was a part of the conspiracy that the conspirators recruited

individuals to purchase and finance the purchase of vehicles on behalf of BSB and Mike's Enterprises. The conspirators, with intent to defraud, informed the purchasers that they would be paid a fee for purchasing and financing the purchase of vehicles and that they would share in the profits which BSB Auto Rentals and Mike's Enterprises obtained from renting and leasing the vehicles to third parties.

Conspirators, with intent to defraud, also informed the purchasers that BSB Auto Rentals and Mike's Enterprises would make all monthly finance and insurance payments for the vehicles, and that the names of the purchasers would be removed from vehicle titles and financing documents within a short time, generally six months.

Conspirators, with intent to defraud, provided information and submitted documents to auto brokers and sales persons at auto dealerships via telephone and email to arrange for the purchase and financing of vehicles by the straw buyers. Dealerships were located in the states of Michigan, Illinois, Texas, and elsewhere.

Conspirators, with intent to defraud, provided information and submitted documents to auto brokers and dealership personnel which

was used by lenders to determine the credit worthiness of the straw

buyers and their eligibility to obtain vehicle finance loans. Conspirators,

with intent to defraud, provided materially false information regarding

employment, income, assets, outstanding obligations and other

information, with intent that the lenders use the false information to

approve the loans and disburse the proceeds. Conspirators frequently

communicated with auto brokers and dealership personnel via email,

and transmitted credit applications and related documents via email and

facsimile machine (fax).

Vehicle finance agreements required that the purchasers maintain

possession of the vehicles during the term of the loans. These agreements

also prohibited the purchasers from using the vehicles for business

purposes, and selling, leasing, assigning, or otherwise disposing of the

vehicles without the written consent of the lenders.

At certain times, conspirators arranged for the purchase of

multiple vehicles by straw buyers within a short time-period, before

earlier vehicle purchases had posted on credit reports and before lenders

would be alerted that the purchasers had additional debt obligations.

Conspirators and persons acting under their direction contacted insurers for the purpose of obtaining insurance for the vehicles to be purchased by the straw buyers. Insurance companies provided evidence of vehicle insurance by mail, fax and email.

Conspirators, with intent to defraud and to facilitate the fraudulent transactions, accompanied the purchasers to dealerships and took possession of the vehicles once the transactions were completed.

State agencies issued titles to the vehicles, which were sent to purchasers via the United States mail.

Conspirators, with intent to conceal the fraud, purchased and obtained financing for certain vehicles without the knowledge of the person whose name and credit were being used to make the purchase.

Conspirators, with intent to defraud, frequently used MoneyGrams to make monthly finance payments electronically via the internet, identifying the purchasers as the remitters.

Conspirators discontinued finance payments prior to repayment of the loans, causing the loans to go into default.

All in violation of Title 18, United States Code, Section 1349.

<u>**COUNT TWO**</u>
*18 U.S.C. §§1341 & 2 –*
*Mail Fraud – Aiding and Abetting*

**D-1  DERRICK BANKS**
**D-2  SAMUEL BANKS**

The General Allegations and the allegations in Count One are included in this Count.

In or about June 2011, defendants DERRICK BANKS and SAMUEL BANKS, having devised a scheme to defraud, and to obtain money and property by materially false and fraudulent pretenses, representations and promises, for the purpose of executing and attempting to execute the scheme and artifice to defraud, did knowingly cause and aid and abet each other in causing certain matter to be sent and delivered by the commercial interstate carrier; that is, defendants DERRICK BANKS and SAMUEL BANKS caused persons at K&M Northfield Dodge to send Michigan license plates to Brain McGilpin in the Eastern District of Michigan, via Federal Express, a commercial interstate carrier, for the purpose of executing the scheme to defraud.

In violation of Title 18, United States Code, Section 1341.

## COUNTS THREE through FIVE
### *18 U.S.C. §§1344 & 2 –*
### *Bank Fraud – Aiding and Abetting*

**D-1 DERRICK BANKS**
**D-2 SAMUEL BANKS**

The General Allegations and the allegations in Count One are included in this Count.

On or about the dates listed below, in the Eastern District of Michigan, Southern Division, defendants DERRICK BANKS and SAMUEL BANKS, knowingly executed and attempted to execute a scheme to defraud a financial institution, and to obtain money and property in the custody and control of a financial institution, by means of material false and fraudulent pretenses, representations, and promises. That is, defendants DERRICK BANKS and SAMUEL BANKS provided materially false information and aided and abetted each other in providing materially false information, including but not limited to employment, income, assets and outstanding credit obligations, with intent that financial institutions to approve and fund vehicle loans. Each transfer of funds from a financial institution constitutes a separate count of this Indictment.

| Count | Purchase Date | Vehicle | Purchaser | Amount Financed | Financial Institution |
|-------|---------------|---------|-----------|-----------------|-----------------------|
| 3. | 05/23/2011 | 2011 Chrysler 200 | Javon Stone | $23,079 | M.S.U. Federal C.U. |
| 4. | 06/21/2011 | 2011 Dodge Challenger | Brian McGilpin | $32,213 | Fifth Third Bank |
| 5. | 06/30/2011 | 2011 Chrysler 300 | Brian McGilpin | $33,177 | M.S.U. Federal C.U. |

Each in violation of Title 18, United States Code, Section 1344.

**THIS IS A TRUE BILL**

*s/Grand Jury Foreperson*
**GRAND JURY FOREPERSON**

**BARBARA L. McQUADE**
United States Attorney

*s/Karen L. Reynolds     for*
**John K. Neal**
Chief, White Collar Crime Unit

*s/Stanley J. Janice*
**Stanley J. Janice**
Assistant United States Attorney
211 W. Fort, Suite 2001
Detroit, MI    48226
Tel: 313.226.9740
Email: lee.janice@usdoj.gov

Dated: May 19, 2016

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | **Case Number** |
|---|---|---|

Case:2:16-cr-20376
Judge: Battani, Marianne O.
MJ: Whalen, R. Steven
Filed: 05-19-2016 At 02:50 PM
SEALED MATTER (dat)

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to

## Companion Case Information

| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
|---|---|
| ☐ Yes    ☒ No | AUSA's Initials: |

**Case Title:** USA v. <u>D-1 DERRICK BANKS and D-2 SAMUEL BANKS</u>

**County where offense occurred :** <u>Wayne County</u>

**Check One:**   ☒ Felony      ☐ Misdemeanor      ☐ Petty

     ✓ Indictment/_____Information --- **no** prior complaint.
    _____Indictment/_____Information --- based upon prior complaint [Case number:        ]
    _____Indictment/_____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____

    ☐ Corrects errors; no additional charges or defendants.
    ☐ Involves, for plea purposes, different charges or adds counts.
    ☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

| May 19, 2016 | |
|---|---|
| Date | |

Stanley J. Janice
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9740
Fax:    (313) 226-2873
E-Mail address: Lee.Janice@usdoj.gov
Attorney Bar #: P25999

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.